■ SANFORD BUSH, Respondent, v HENRY MCCOMB, Appellant.—Motion for permission to prosecute appeal as poor person denied (see *Jenks v Murphy* 21 AD2d 346); motion granted and appeal dismissed unless appellant's records and briefs are filed and served on or before May 7, 1979.